IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK L. FLORENCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-CV-208-WKW ) [WO] |
| RED EAGLE WORK CENTER and NORTESHIA S. HONAKER, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Derrick L. Florence, proceeding *pro se*, filed this 42 U.S.C. § 1983 action alleging violations of his federally protected rights while in the custody of the Alabama Department of Corrections at the Kilby Correctional Facility. On September 18, 2024, the Magistrate Judge identified deficiencies in the complaint and ordered Plaintiff to file an amended complaint by October 9, 2024, warning that his failure to comply would result in a recommendation for dismissal. (Doc. # 11.) Plaintiff did not file an amended complaint as directed or otherwise respond to the Order. Therefore, on January 23, 2025, the Magistrate Judge filed a Recommendation for dismissal based on the authority of courts to dismiss cases for failure to prosecute or obey court orders, as supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (Doc. # 13.) Plaintiff had until

February 6, 2025, to file objections (*id.* at 2); however, to date, no objections have been filed.

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 13) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 2nd day of April, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE